## BADGETT v. DAVIS

No. 90P92

Case below: 104 N.C.App. 760

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

## COMAN v. THOMAS MANUFACTURING CO.

No. 53P92

Case below: 105 N.C.App. 88

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992. Motion by defendant for sanctions denied 21 April 1992.

## HASSETT v. DIXIE FURNITURE CO.

No. 39PA92

Case below: 104 N.C.App. 684

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 21 April 1992.

## HOUSE v. HILLHAVEN, INC.

No. 67P92

Case below: 105 N.C.App. 191

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 21 April 1992.

## LOG SYSTEMS, INC. v. WILKEY

No. 156P92

Case below: 106 N.C.App. 90

Petition by plaintiff for temporary stay allowed 28 April 1992.